| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: **Southern District of New York** | |
| Case number *(if known)* _____  Chapter **7** | ☐ Check if this an amended filing |

Official Form 205
# Involuntary Petition Against a Non-Individual
12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**   *Check one:*
   - ■ Chapter 7
   - ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**   Midtown West 47 ST LLC

3. **Other names you know the debtor has used in the last 8 years**   N/A

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**
   ☐ Unknown
   82-5197081
   EIN

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | 271 West 125th Street, Apt. 207 | |
   | Number  Street | Number  Street |
   | New York NY 10027-0000 | P.O. Box 00000-0000 |
   | City  State  Zip Code | City  State  Zip Code |
   | New York | **Location of principal assets, if different from principal place of business** |
   | County | 343 West 47th Street |
   | | Number  Street |
   | | New York NY 10036-0000 |
   | | City  State  Zip Code |

6. **Debtor's website** (URL) _____

7. **Type of debtor**
   - ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**   *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)

Debtor **Midtown West 47 ST LLC**      Case number *(if known)* _____

- ☐ Railroad (as defined in 11 U.S.C. § 101(44)
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☐ No
■ Yes.  Debtor

| | |
|---|---|
| Debtor | **SOHA House LLC** |
| District | **Southern District of New York** |
| Date filed | **7/11/2023** (MM / DD / YYYY) |
| Relationship | **Owner** |
| Case number, if known | **23-11086** |

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☐ No
■ Yes.  Debtor

| | |
|---|---|
| Debtor | **Soteria Real Property LLC** |
| District | **Southern District of New York** |
| Date filed | **7/11/2023** (MM / DD / YYYY) |
| Relationship | **Owner** |
| Case number, if known | **23-11087** |

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☐ No
■ Yes.  Debtor

| | |
|---|---|
| Debtor | **536 West 150 Street, LLC** |
| District | **Southern District of New York** |
| Date filed | **7/11/2023** (MM / DD / YYYY) |
| Relationship | **Owner** |
| Case number, if known | **23-11088** |

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☐ No
■ Yes.  Debtor

| | |
|---|---|
| Debtor | **WCJ Fund LLC** |
| District | **Southern District of New York** |
| Date filed | **7/11/2023** (MM / DD / YYYY) |
| Relationship | **Owner** |
| Case number, if known | **23-11089** |

### Part 3: Report About the Case

**10. Venue**  *Check one:*

☐ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

■ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

| Debtor | Midtown West 47 ST LLC | Case number *(if known)* | |
|---|---|---|---|

| 11. | Allegations | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
|---|---|---|

*At least one box must be checked:*

☑ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

| 12. | Has there been a transfer of any claim against the debtor by or to any petitioner? | ☑ No ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |
|---|---|---|

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | 343 West 47th Note LLC | Notes, Mortgages and other Loan Documents | $5407483.83 |
| | | | $ |
| | | | $ |
| | | Total of petitioners' claims | $5407483.83 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

**Part 4    Request for Relief**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner** 343 West 47th Note LLC  Name | **Thomas A. Draghi, Esq.**  Printed name |
| **16 Squadron Boulevard Suite 106 Attn.: Gavriel a/k/a Gabe Alexander** Number    Street | **Westerman Ball Ederer Miller Zucker & Sharfstein, LLP** Firm name, if any |
| **New City NY 10956-0000** City    State    Zip Code | **1201 RXR Plaza** Number    Street |
| **Name and mailing address of petitioner's representative, if any** | **Uniondale NY 11556-0000** City    State    Zip Code |
| Name | Contact phone **(516) 622-9200**    Email **tdraghi@westermanllp.com** |
| Number    Street | Bar number **2367423** |
| City    State    Zip Code | State **NY** |

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 3

| Debtor | **Midtown West 47 ST LLC** | Case number *(if known)* | |
|---|---|---|---|

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 7, 2024**
MM / DD / YYYY

**/s/ Gavriel a/k/a Gabe Alexander**
Signature of petitioner or representative, including representative's title

**/s/ Thomas A. Draghi, Esq.**
Signature of attorney

Date signed **March 7, 2024**
MM / DD / YYYY